## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| CAROLYN REMBERT,<br><br>   Plaintiff,<br><br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br>   Defendant. | Civil Action No. 1:19-CV-00301-MHC-LTW |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/* Kirsten H. Smith
  Kirsten H. Smith
  Sessions, Fishman, Nathan & Israel, LLC
  3850 North Causeway Blvd., Suite 200
  Metairie, LA 70002
  Email: ksmith@sessions.legal
  Attorney for the Defendant

  Date: April 22, 2019

*/s/* Dennis R. Kurz
  Dennis R. Kurz, Esq.
  Kurz Law Group, LLC
  1640 Powers Ferry Rd.
  Building 17, Suite 200
  Marietta, GA 30067
  Phone: 678-264-8003
  Email: dennis@kurzlawgroup.com
  Attorney for Plaintiff

  Date: April 22, 2019

BY THE COURT:

_____
                            J.

## **CERTIFICATE OF SERVICE**

I, Dennis R. Kurz, Esquire, do certify that I served a true and correct copy of the Stipulation of Dismissal in the above-captioned matter, upon the following via CM/ECF system:

Kirsten H. Smith
Sessions, Fishman, Nathan & Israel, LLC
3850 North Causeway Blvd., Suite 200
Metairie, LA 70002
Email:  ksmith@sessions.legal
Attorney for the Defendant


Dated: April 22, 2019                By: /s/ Dennis R Kurz
                                     Dennis R. Kurz, Esq.
                                     Kurz Law Group, LLC
                                     1640 Powers Ferry Rd.
                                     Building 17, Suite 200
                                     Marietta, GA 30067
                                     Phone: 678-264-8003
                                     Email: dennis@kurzlawgroup.com
                                     Attorney for Plaintiff